# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAWN C. SANCHEZ, | 02C 6218 |
| Plaintiff, | No. |
| v. | JUDGE PLUNKETT |
| COMMONWEALTH EDISON COMPANY n/k/a EXELON CORPORATION, | MAGISTRATE JUDGE KEYS |
| | Jury Trial Requested |
| Defendant. | |

## COMPLAINT

**DOCKETED SEP 0 3 2002**

NOW COMES Plaintiff, by and through her attorneys, LISA KANE & ASSOCIATES, P.C., and complaining of Defendant, COMMONWEALTH EDISON COMPANY n/k/a EXELON CORPORATION, states as follows:

### PRELIMINARY STATEMENT

1. This is an action seeking redress for the violation of rights guaranteed to Plaintiff by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. Plaintiff seeks mandatory injunctive relief and damages to redress Defendants' discriminatory employment practices.

### JURISDICTIONAL STATEMENT

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1343(a)(3) and (4) and 28 U.S.C. § 1331 to secure protection of and to redress deprivation of rights secured by 42 U.S.C. §§ 2000e et seq. (Title VII). Declaratory relief is sought under 28 U.S.C. §§ 2201 and 2202.

### VENUE

3. Venue is proper under 28 U.S.C. § 1391(b)(1) and (2).

## PARTIES

4. Plaintiff, DAWN C. SANCHEZ, is a female citizen of the United States who resides in Wilmington, Illinois.

5. Defendant, COMMONWEALTH EDISON COMPANY n/k/a EXELON CORPORATION, is a public corporation properly recognized and sanctioned by the laws of the State of Illinois. Defendant has continuously and does now employ more than fifteen employees and is engaged in an industry that affects commerce. Defendant is subject to the jurisdiction of the Court as an employer within the meaning of 42 U.S.C. § 2000e(b).

## PROCEDURE

6. Plaintiff filed a charge with the Equal Employment Opportunity Commission ("EEOC") on July 2, 2002. The EEOC issued Plaintiff a Notice of Right to Sue on July 11, 2002, which was received on July 15, 2002. The Notice of Right to Sue entitles Plaintiff to initiate a civil action in the appropriate forum within ninety (90) days of the receipt of said Notice. Plaintiff initiated this action within said ninety (90) day period.

## COUNT I – TITLE VII - RETALIATION

7. Paragraphs one (1) through six (6) are incorporated by reference as if fully set forth herein.

8. Defendant hired Plaintiff on April 30, 1976, as a station laborer and by July 1978 promoted Plaintiff to Radiation Chemical Technician at Defendant's Dresden Nuclear Power Plant facility.

9. Plaintiff performed her duties to the reasonable satisfaction of the Defendant at all times relevant to this action.

10. On November 4, 1997, after filing charges with the EEOC, Plaintiff filed a federal

lawsuit in the Northern District of Illinois against Defendant alleging sex discrimination, hostile work environment sexual harassment, and retaliation for opposing the hostile work environment. On January 6, 1999, this case was resolved in favor of Defendant based on its summary judgment motion.

11. On November 2, 1999 and October 31, 2000, Plaintiff filed additional charges of discrimination with the EEOC against Defendant alleging hostile work environment sexual harassment and retaliation. Plaintiff filed a second federal lawsuit in the Northern District of Illinois against Defendant based on these charges. On March 27, 2002, this case was resolved in favor of Defendant based on its summary judgment motion.

12. Throughout the litigation of the two federal discrimination cases, Plaintiff continually opposed sexually harassing conduct in Defendant's workplace and complained to numerous supervisors in the company.

13. On February 12, 2002, Plaintiff's employment was terminated for allegedly distributing a generic form of Vicodin to another employee approximately two (2) years prior to Plaintiff's termination.

14. On information and belief, other employees who had alcohol and/or illegal drugs in their systems at Defendant's workplace have received lower forms of discipline and have not been terminated.

15. The asserted reasons for Plaintiff's termination remain pretextual.

16. As a direct and proximate result of Plaintiff's opposition to sexually harassing conduct in Defendant's workplace and the resulting litigation, Defendant retaliated against Plaintiff and she has endured adverse terms and conditions of employment with the Defendant, including but not limited to the termination of her employment, the attendant loss of income and benefits, and

3

emotional distress and humiliation.

17. The aforementioned acts of Defendant constitute unlawful retaliation for Plaintiff's opposition to sexual harassment and discrimination, in violation of the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

18. As a direct and proximate result of the above alleged willful and reckless acts or omissions of Defendant, Plaintiff has suffered damages, including but not limited to, lost and foregone wages and benefits.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff DAWN C. SANCHEZ prays for judgment against Defendant and respectfully requests that this Court:

A. Declare the conduct of Defendant to violate the rights guaranteed to Plaintiff under appropriate Federal Law;

B. Grant a permanent injunction retraining Defendant, its officers, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practice which unlawfully discriminates on the basis of sex, and retaliates against an individual for complaining of an unlawful employment practice;

C. Order Defendant to make whole DAWN C. SANCHEZ by providing the affirmative relief necessary to eradicate the effects of Defendant's unlawful practices;

D. Grant Plaintiff actual, consequential, compensatory, punitive and any other damages that the Court may deem appropriate against Defendant;

E. Grant Plaintiff her attorney fees, costs, disbursements; and

F. Grant Plaintiff such further relief as the Court deems necessary and proper in the public interest.

4

## JURY TRIAL DEMAND

19.     Plaintiff requests a jury trial on all issues of fact and law raised by the allegations in this Complaint.

Respectfully submitted,
DAWN C. SANCHEZ, Plaintiff,

By: _____
Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, IL 60603
(312) 606-0383
Attorney Code No. 06203093

## Verification

I, Dawn C. Sanchez, declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2002.

_____
Dawn C. Sanchez

RTS

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## NOTICE OF RIGHT TO SUE
(Issued on request)

| To: | Ms. Dawn Sanchez<br>20750 Route 102<br>Wilmington, Illinois 60481<br><br>Certified No.: 7001 1940 0003 88312003<br><br>☐ On behalf of a person aggrieved whose identity is confidential (29 C.F.R. 1601.7(a)) | From: | Equal Employment Opportunity Commission<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661 |
|---|---|---|---|

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210A203778 | Daniel McGuire, Supervisor | (312) 353-7511 |

(See the additional information attached to this form.)

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in you charge, **YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.**

☐ More than 180 days have expired since the filing of this charge.

☒ Less than 180 days have expired since the filing of this charge, but I have determined that the commission will be unable to complete its process within 180 days from the filing of the charge.

☒ With the issuance of this **NOTICE OF RIGHT TO SUE**, the Commission is terminating its process with respect to this charge.

☐ It has been determined that the Commission will continue to investigate your charge.

☐ **ADEA:** While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until **90 days after you received notice that EEOC has completed action on your charge.**

☐ Because EEOC is closing your case, your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

☐ EEOC is continuing its investigation. You will be notified when we have completed action and, if our notice will include notice of right to sue under the ADEA.

☐ **EPA:** While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit you already have the right to sue under the Equal Pay Act (EPA). (You are not required to complain to any enforcement agency before bringing and EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On Behalf of the Commission

7-11-02
Date

John P. Rowe, District Director

RECEIVED
JUL 15 2002

Enclosures
Information Sheet
Copy of Charge

cc: Respondent(s)    Commonwealth Edison

EEOC Form 161name-B (Test 10/94)

JS 44
(Rev. 07/86)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
DAWN C. SANCHEZ

JUDGE PLUNKETT

02C 6218

MAGISTRATE JUDGE KEYS

**DEFENDANTS**
COMMONWEALTH EDISON COMPANY
n/k/a EXELON CORPORATION

DOCKETED SEP 0 3 2002

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **WILL**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is an action seeking redress for the violation of Plaintiff's rights under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. sec. 2000e et. seq.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 630 Liquor Laws | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury—Med Malpractice | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 365 Personal Injury—Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 863 DIWC (405(g)) | ☐ 892 Economic Stabilization Act |
| | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | ☐ 863 DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** | ☐ 371 Truth in Lending | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 380 Other Personal Property Damage | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 385 Property Damage Product Liability | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations | **PRISONER PETITIONS** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 530 Habeas Corpus | | |
| | | ☐ 540 Mandamus & Other | ☐ 740 Railway Labor Act | |
| | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. REMARKS

In response to ☒ is not a refiling of a previously dismissed action
General Rule 2.21D(2) this case ☐ is a refiling of case number _____ of Judge _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

DAWN C. SANCHEZ

v.

COMMONWEALTH EDISON CO. n/k/a EXELON CORPORATION

Case Number: 02C 6218

JUDGE PLUNKETT
MAGISTRATE JUDGE KEYS

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
DAWN C. SANCHEZ

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Lisa Kane | NAME Janice A. Wegner |
| FIRM Lisa Kane & Associates, P.C. | FIRM Lisa Kane & Associates, P.C. |
| STREET ADDRESS 120 South LaSalle Street, #1420 | STREET ADDRESS 120 South LaSalle Street, #1420 |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP Chicago, Illinois 60603 |
| TELEPHONE NUMBER 312-606-0383  FAX NUMBER 312-606-0765 | TELEPHONE NUMBER 312-606-0383  FAX NUMBER 312-606-0765 |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06203093 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06200062 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [X] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [X] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Zacharias C. Leonard | NAME Kevin Vodak |
| FIRM Lisa Kane & Associates, P.C. | FIRM Lisa Kane & Associates, P.C. |
| STREET ADDRESS 120 South LaSalle Street, #1420 | STREET ADDRESS 120 South LaSalle Street, #1420 |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP Chicago, Illinois 60603 |
| TELEPHONE NUMBER 312-606-0383  FAX NUMBER 312-606-0765 | TELEPHONE NUMBER 312-606-0383  FAX NUMBER 312-606-0765 |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06256274 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06270773 |
| MEMBER OF TRIAL BAR? YES [ ] NO [X] | MEMBER OF TRIAL BAR? YES [ ] NO [X] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE PLUNKETT
MAGISTRATE JUDGE KEYS

In the Matter of

DAWN C. SANCHEZ

v.

COMMONWEALTH EDISON CO. n/k/a EXELON CORPORATION

Case Number: **02C 6218**

DOCKETED SEP 0 3 2002

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DAWN C. SANCHEZ

---

| (E) | (F) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME  Terrence F. Canela | NAME |
| FIRM  Lisa Kane & Associates, P.C. | FIRM |
| STREET ADDRESS  120 South LaSalle Street, #1420 | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, Illinois 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-606-0383    FAX NUMBER 312-606-0765 | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06274650 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☒ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☒   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (G) | (H) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL   YES ☐   NO ☐ |